UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LOCAL 670, RWDSU, UFCW,

              Plaintiffs,

      - against -

BLAIR VENTURES LLC,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 8552 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/09

## **Memorandum Opinion and Order**

Plaintiffs petition the Court pursuant to Section 9 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9, to confirm an arbitration award issued May 21, 2008. The complaint was filed on October 7, 2008, and served upon defendant shortly thereafter. To date, defendant has not filed an answer or opposition to plaintiff's petition.

"[T]he confirmation of an arbitration award is a summary proceeding that merely makes what is already a final arbitration award a judgment of the court." *Florasynth, Inc. v. Pickholz*, 750 F.2d 171, 176 (2d Cir. 1984). Under § 9 of the FAA, upon timely application by any party, a court *must* grant an order to confirm an arbitration award unless the award is vacated, modified, or corrected as prescribed in §§ 10 and 11 of the FAA. *See Marsillo v. Geniton*, No. 03 Civ. 2117 (TPG), 2004 WL 1207925, at *4 (S.D.N.Y. June 1, 2004). Plaintiffs' petition to confirm the arbitration award is hereby GRANTED.

This order moots Plaintiffs' request for default judgment. [6-1]. The clerk is respectfully directed to close the case.

SO ORDERED

Dated: New York, New York
November 3, 2009

Richard J. Holwell
United States District Judge